469 A.2d 303

Sonsini v. McDuffie, Appellants.

Submitted June 22, 1983. Geoffry F. Walsh, for appellants; Pierre B. Pie, II, for appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Appeal quashed.

469 A.2d 1141

Wilkins v. Penn Park Dev. Corp.

Appeal of A.A. Constantino, M.D.

Petition for Allowance of Appeal Denied May 2, 1984.

Argued September 28, 1983. David H. Trushel and Louis C. Long, for appellant; Larry P. Gaitens, for Wilkins, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The order of the learned Allegheny County Common Pleas Court Judge Bernard J. McGowan is affirmed.